1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant RIGOBERTO TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-00639 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND **ORDER** |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA AND EXCLUSION OF TIME |
| ) | |
| RIGOBERTO TORRES , ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, that the status date in this case, currently scheduled for Friday, September 4, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued two weeks to Friday, September 18, 2009, at 9:00 a.m. for change of plea.  The reason is that defense counsel needs additional time to meet with Mr. Torres to review the discovery and plea agreement with the assistance of an interpreter.  The parties stipulate that the time from September 4, 2009, to September 18, 2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to

*U S v. Rigoberto Torres,* CR 09-0639 DLJ;
Stip. Continuing Status Date                                        - 1 -

*U S v. Rigoberto Torres,* CR 09-0639 DLJ;
Stip. Continuing Status Date

allow defense counsel to review the discovery and plea agreement with Mr. Torres using the assistance of an interpreter.

DATED: 9/02/09       ____/s/_____
                     JOYCE LEAVITT
                     Attorney for JAE PARK

DATED: 9/02/09       _____/s/_____
                     DOMINIQUE THOMAS
                     Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, September 4, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, September 18, 2009, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from September 4, 2009, to September 18, 2009 should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to review the discovery and plea agreement with Mr. Torres.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: **9/2/09**      _____
                       HONORABLE D. LOWELL JENSEN
                       United States District Judge

- 2 -